Ira MENACKER, Petitioner,

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 2008–3272.

United States Court of Appeals, Federal Circuit.

July 22, 2008.

Scott Thomas Palmer, Department of Justice, Washington, DC, for Respondent.

Ira Menacker, Roy, UT, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Jessie L. FLETCHER, Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3275.

United States Court of Appeals, Federal Circuit.

July 22, 2008.

Daniel A. Perez, Bogin Munns & Munns, Melbourne, FL, for Petitioner.

David A. Harrington, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Order Vacated, See 2008 WL 5736996.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.